[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEC CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., NEC SOLUTIONS (AMERICA), INC., NEC UNIFIED SOLUTIONS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY PROPERTIES LIMITED, INC., CHARLES H. MOORE, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Defendants. | Case No. C05-04847 MJJ<br>(related to 05-4838)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE NEC SUIT** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Declaratory Judgment Plaintiffs NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc. ("the NEC Plaintiffs") and Defendants Technology Properties Limited ("TPL"), Patriot Scientific Corporation ("Patriot"), and Charles H. Moore ("Moore") (collectively, "the Parties"), having resolved the issues between them, hereby stipulate and agree, through their respective counsel, that Case No. C05-04847 MJJ ("the NEC Suit") shall be dismissed without prejudice, with each party bearing its own costs and attorneys' fees. |

Respectfully submitted,

December 17, 2007       TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Roger L. Cook
    Roger L. Cook (State Bar No. 55208)
    Eric P. Jacobs (State Bar No. 88413)
    Iris Sockel Mitrakos (State Bar No. 190162)
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Tel:    (415) 576-0200
    Fax:    (415) 576-0300
    Email: rlcook@townsend.com
           epjacobs@townsend.com
           ismitrakos@townsend.com
*Attorneys for Defendants Technology Properties*

December 17, 2007       POST KIRBY NOONAN & SWEAT LLP

By: /s/ Charles Hoge
    Charles Hoge (State Bar No. 110696)
    600 West Broadway, Suit e1100
    San Diego, CA 92101
    Tel:    619-231-8666
    Email: hoge@pkns.com
*Attorneys for Defendant Patriot Scientific
Corporation and Charles Moore*

| | | |
|---|---|---|
| 1 | December 17, 2007 | FOLEY & LARDNER LLP |
| 2 | | By: /s/ Anthony H. Son |
| 3 | | Anthony H. Son<br>3000 K Street, N.W., Suite 500 |
| 4 | | Washington, D.C. 20007-5109<br>Tel: 202-672-5300 |
| 5 | | Email: ason@foleylaw.com |
| 6 | | David B. Moyer<br>1530 Page Mill Road |
| 7 | | Palo Alto, CA 94304<br>Tel: 650-251-1114 |
| 8 | | Email: dmoyer@foley.com |
| 9 | | *Attorneys for NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display* |
| 10 | | *Solutions of America, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc.* |

IT IS SO ORDERED.

DATED: January 30, 2008    By: /s/ Martin J. Jenkins

　　　　　　　　　　　　　　　The Honorable Judge Martin J. Jenkins

**GENERAL ORDER 45 ATTESTATION**

I, Roger L. Cook, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Charles T. Hoge and Anthony H. Son have concurred in this filing.

_____
Roger L. Cook

61236544 v1

JOINT STIPULATION AND ▓▓▓▓▓▓ ORDER FOR DISMISSAL OF THE NEC SUIT
CASE NO. C 04 4847 MJJ - 1 -